# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Robert Matthew Mason

*Plaintiff(s)*

v.   Civil Action No. 1:23-cv-99

Commissioner of Social Security

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other:

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge   Thomas S. Kleeh

This action is REMANDED in accordance with Defendant's Motion. The remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Date: April 1, 2024

*CLERK OF COURT*
Cheryl Dean Riley
S. Cole

*Signature of Clerk or Deputy Clerk*